**TORYS LLP**
237 Park Avenue
New York, New York 10017
Telephone: (212) 880-6000
Facsimile: (212) 682-0200
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CHARLES BRADY,

                Plaintiff,

         v.

CALYON SECURITIES (USA) F/K/A CREDIT
LYONNAIS SECURITIES (USA) INC.,
CALYON, CREDIT AGRICOLE S.A., ERIC
SCHINDLER and FRANCOIS PAGES

                Defendants.

------------------------------------------------------------------ x

         05 Civ. 3470 (GEL)

## NOTICE OF MOTION TO DISMISS

        PLEASE TAKE NOTICE that upon defendants' Memorandum of Law in Support of Their Motion to Dismiss dated June 3, 2005, defendants will move this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing Counts Two, Three, Five, Six, Nine, and Ten of plaintiff's Complaint for failure to state a claim on which relief can be granted, and dismissing all counts against defendants Calyon and Credit Agricole, S.A. at a time and place to be fixed by the Court.

Dated: New York, New York
        June 3, 2005

By: _____
      Barbara M. Roth (BR 1982)
      Lauren G. Krasnow (LK 0077)
      Ariana R. Jaffe (AJ 4009)
      Attorneys for Defendants