UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                        :
CHARLES BRADY,                          :
                                        :
                         Plaintiff,     :
                                        :    05 Civ. 3470 (GEL)
        -v-                             :
                                        :    **ORDER**
CALYON SECURITIES (USA) f/k/a,          :
CREDIT LYONNAIS SECURITIES              :
(USA), Inc., et al.,                    :
                                        :
                         Defendants.    :
                                        :
-------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      On September 8, 2008, the Court issued an order of discontinuance upon the parties' settlement of all claims in this action, with leave to reopen within 30 days if the settlement was not consummated. The parties have now advised the Court that certain outstanding issues need to be resolved before the settlement may be consummated.

      Accordingly, it is hereby ORDERED that the parties shall have leave to reopen by October 27, 2008, if the settlement is not consummated.

SO ORDERED.

Dated: New York, New York
       October 8, 2008

                                                    _____
                                                    GERARD E. LYNCH
                                                    United States District Judge